**IT IS ORDERED as set forth below:**



**Date: May 11, 2023**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 23-40527-PWB |
| BIANCO TOBIAS BENTON, | CHAPTER 13 |
| Debtor. | IN PROCEEDINGS UNDER THE BANKRUPTCY CODE |

**ORDER CONTINUING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)**

Because a previous bankruptcy case of the Debtor was pending within one year of the filing of this case, the automatic stay of 11 U.S.C. §362(a) terminates 30 days after filing of the case to the extent set forth in 11 U.S.C. §362(c)(3)(A) unless the Court orders its continuation pursuant to 11 U.S.C. §362(c)(3)(B).  The Debtor filed a motion asserting that the filing of this case is in good faith and requesting that the stay be continued.

The record reflects that creditors have received notice of the motion and an opportunity to be heard at a hearing concluded within 30 days of the filing of the case.  For cause shown based on the record of this case and as determined at the hearing on the motion, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay of 11 U.S.C. §362(a) is hereby continued as to all creditors.

The Clerk shall mail a copy of this Order to all parties in interest in this case.

End of Document